

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*50 Main Street*
*Suite 1100*
*White Plains, New York 10606*

December 1, 2022

**BY ECF AND EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Kashad Sampson, a/k/a "Shoca," et al.*, **22 Cr. 640 (   )**

Dear Judge McCarthy:

    The Government writes respectfully to request that the Court unseal the Indictment, 22 Cr. 640, and related arrest warrants for defendants KASHAD SAMPSON, GEORGE DELGADO, GABRIEL ROMAN, DALLAS ARCHER, BRUCE ALLEN, SYNCERE TATUM, JOHN LALANNE, BASHIR MALLORY, MEKHI MCDONALD, CHRISTOPHER TATE, and KRISTOPHER BURGESS CUNNINGHAM in the above-referenced case, as those defendants have been arrested.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    By: /s/
    Jennifer N. Ong
    Ryan W. Allison
    Nicholas S. Bradley
    Assistant United States Attorneys
    Southern District of New York
    (914) 993-1926
    (914) 993-1953
    (212) 637-1581

**APPLICATION GRANTED**

*[signature]*
Hon. Judith C. McCarthy
12-1-2022

cc: All Counsel of Record (by ECF)