**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10601*

February 27, 2023

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Kashad Sampson, et al.*, 22 Cr. 640 (KMK)

Dear Judge Karas:

In light of the ongoing production and review of discovery, the Government respectfully requests, with the consent of all defendants, that the Court (1) adjourn for approximately 90 days the status conference currently scheduled for March 7, 2023, and (2) exclude time under the Speedy Trial Act until the date of the rescheduled status conference. Such an exclusion would be in the interest of justice to allow the parties time to continue producing and reviewing discovery, contemplating any motions, and discussing possible pre-trial dispositions. *See* 18 U.S.C. § 3161(h)(7)(A).

Granted.
The 3/7/23 conference is moved to
6/22/23, at 11:30
So Ordered.
2/27/23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Jennifer N. Ong
Jennifer N. Ong
Ryan W. Allison
Nicholas S. Bradley
Assistant United States Attorneys
Tel: 914-993-1926
914-993-1963
212-637-1581

cc: All Counsel (via ECF)