# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

January 9, 2024

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

    re: United States v. Sampson
       22-cr-640 (KMK)

Dear Judge Karas:

For the conference on Wednesday, January 10, 2024, I ask that the Court permit Frank O'Reilly, Esq. (who represents co-defendant Syncere Tatum) to also appear for my client, Kashad Sampson. Mr. O'Reilly has advised me he can do so. The reason for the request is that tomorrow morning I am planning to assist a family member in connection with a recently-ordered medical appointment.

Granted.

So Ordered.
1/9/24

Very truly yours,

/s/ *Theodore S. Green*
Theodore S. Green

cc: All counsel (by ECF)