# Green & Willstatter

ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

March 22, 2024

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York   10601

    re: *United States v. Kashad Sampson*, 22-cr-640 (KMK)

Dear Judge Karas:

    This letter is an application permitting undersigned counsel to procure, with CJA funds, a laptop computer and external hard drives for the purposes of providing Kashad Sampson with access to discovery. Mr. Sampson is detained at the Metropolitan Detention Center (MDC), Brooklyn, New York.

    I further ask that this application be granted pursuant to the terms of this Court's Order of December 1, 2023 (ECF No. 115) as later modified. As per the modification, I agree that, upon receipt by the government of the laptop and/or external hard drives, the government shall produce same to the detention facility within a reasonable time after such receipt, rather than within 30 days.

Granted.

So Ordered.
3/22/24

Very truly yours,

/a/ *Theodore S. Green*
Theodore S. Green

cc: All Counsel (by ECF)