UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

    -against-

Kashad Sampson,

        Defendant.

-------------------------------------------------------x

ORDER

Docket No. 22 CR 640 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Richard J. Ma, Esq. is to assume representation of the defendant in the above captioned matter as of February 13, 2025. Mr. Ma is appointed pursuant to the Criminal Justice Act. His address is Richard J. Ma, Esq., 20 Vesey Street, Suite 400, New York, NY 10007, phone number 212-431-6938, Email: richardma@maparklaw.com

Theodore S. Green is relieved as counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
      February 13, 2025